IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN JUDAH MICHALEK                                                                                  PLAINTIFF

Vs.                                    CASE NO. 4:11cv00685 JMM

PATRICK LUNSFORD (originally sued as Lungsford) &                        DEFENDANTS
BRUCE PENNINGTON

## ORDER

Defendant Lungsford having submitted pleadings indicating that his correct name is Patrick Lunsford, the Clerk is directed to change the style of the case to indicate the correct name of this Defendant.

IT IS SO ORDERED THIS 19th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE