IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

BRIAN JUDAH MICHALEK                                                                              PLAINTIFF

V.                                              NO. 4:11CV00685-JMM-JTR

PATRICK LUNSFORD, et al.                                                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Joint Motion for Summary Judgment (docket entry #33) is DENIED, WITHOUT PREJUDICE.

2. Plaintiff's claims may proceed. Counsel will be appointed to represent him by separate Order.

3. The case will be removed from the trial docket the week of May 14, 2012.

DATED this 24th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE