IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

BRIAN JUDAH MICHALEK                                                    PLAINTIFF

V.                          NO. 4:11CV00685-JMM-JTR

PATRICK LUNSFORD, et al.                                              DEFENDANTS

### ORDER

By previous orders, the Court denied Defendants' Motion for Summary Judgment and appointed counsel to represent Plaintiff in this 42 U.S.C. § 1983 case. (Docket entries #46, #48.)

The parties must *complete* all discovery on or before December 21, 2012.[1] Any dispositive motions must be filed on or before February 4, 2013.

DATED this 24th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline.