IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

BRIAN JUDAH MICHALEK                                                    PLAINTIFF

V.                          NO. 4:11CV00685-JMM-JTR

PATRICK LUNSFORD, et al.                                               DEFENDANTS

## ORDER

The parties have jointly requested, by telephone, an extension of deadlines in this case. The parties are directed to complete all discovery on or before March 22, 2013. Plaintiff is directed to file his Amended Complaint on or before March 22, 2013. Any dispositive motions must be filed on or before April 22, 2013.

DATED this 4th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE